**Opinion issued August 22, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-01028-CV

————————————

## ALISIA VONCHELL HARGEST-DAVIS, Appellant

## V.

## FORMOSA MANAGEMENT, LLC, Appellee

---

**On Appeal from the County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Case No. 12-CCV-049121**

---

## MEMORANDUM OPINION

Appellant, Alisia Vonchell Hargest-Davis, appealed from the trial court's judgment signed October 15, 2012. On November 27, 2012, the trial court granted Hargest-Davis's motion for new trial. The granting of a motion for new trial

restores the case to its position before the former trial and renders any appeal moot. *See* TEX. R. APP. P. 21.9(b).

Accordingly, we dismiss the appeal as moot. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.